In the Matter of the Claim of AGNES DARCY, on Behalf of Herself and Minor Children, Appellants, against LOEW'S INC. — LOEW'S INTERNATIONAL CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

In the Matter of the Claim of MARIE DI GIACOMO, Respondent, against GOLUB AND BARRACK et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

In the Matter of the Claim of PAULA KLINGELE, Appellant, against CENTRAL STRUCTURAL STEEL COMPANY, INC., et al., Respondents, and SPECIAL FUND FOR REOPENED CASES, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.